**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| CHADWICK J. NEAL, | ) |
|     Plaintiff, | ) |
| v. | )   Case No. CIV-11-105-R |
| H. B. HAUF, Sheriff, et al., | ) |
|     Defendants. | ) |

## ORDER

Before the Court is the Supplemental Report and Recommendation of United States Magistrate Judge Gary M. Purcell [Doc. No. 38] entered October 17, 2011. No Objection to the Supplemental Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Supplemental Report and Recommendation is ADOPTED, Defendant Lisa Lambert's motion to dismiss [Doc. No. 32] is GRANTED and Plaintiff's Amended Complaint against Defendant Lambert is DISMISSED with prejudice.

IT IS SO ORDERED THIS 8th day of November, 2011.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE